**Carl edward WILEY, Plaintiff– Appellant,**

v.

**Gregory A. NEWMAN, Individually and in their Official Capacity; Nathan C. Ramsey, Individually and in their Official Capacity, Defendants–Appellees.**

No. 12–7477.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 27, 2012.

Carl Edward Wiley, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Edward Wiley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Wiley's motion to schedule oral argument and affirm the ap-

peal for the reasons stated by the district court. *Wiley v. Newman,* 2012 WL 3202935 (W.D.N.C. Aug. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*